■ JOSEPH DEL VECCHIO et al., Respondents, v LONG ISLAND JEWISH-HILLSIDE MEDICAL CENTER et al., Appellants.—In a medical malpractice action, defendants appeal from so much of an order of the Supreme Court, Queens County, dated September 23, 1977, as granted plaintiffs' motion to vacate items 5 and 6 in the defendants' demand for a bill of particulars. Order affirmed insofar as appealed from, with $50 costs and disbursements (see *Venezia v Klinger,* 61 AD2d 1145; *Johnson v Charow,* 63 AD2d 668; *Palazzo v Abbate,* 45 AD2d 760; *Cirelli v Victory Mem. Hosp.,* 45 AD2d 856). Insofar as *Nelson v New York Univ. Med. Center* (51 AD2d 352 [1st Dept]) may be deemed to differ from our determinations in *Venezia v Klinger (supra)* and *Johnson v Charow (supra),* we decline to follow it. Damiani, J. P., Suozzi, Shapiro and Cohalan, JJ., concur.